# United States District Court

_____Southern_____   District of   _____Texas_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Raymundo BETANCOURT Corpus**<br>A.K.A. Juan HERNANDEZ<br>Mexico<br>A77 613 996 | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER 1:08-PO- __2423__ |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **March 16, 2008** in **Hidalgo** County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:

**The defendant was apprehended at Kingsville, Texas on March 21, 2008. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Hidalgo, Texas on March 16, 2008, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof: ☐ Yes  ☒ No

S/ Miguel Anguiano        Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

March 22, 2008                        at    Brownsville, Texas
*Date*                                      *City and State*

Felix Recio        U.S. Magistrate Judge         S/
*Name and Title of Judicial Officer*             *Signature of Judicial Officer*